**Arland Leonard GERBERDING, Appellant,**

v.

**UNITED STATES of America.**

No. 15463.

United States Court of Appeals Eighth Circuit.

Nov. 9, 1955.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

**William E. HOWELL, Appellant,**

v.

**William RAAB, United States Marshal for the District of Nebraska.**

No. 15467.

United States Court of Appeals Eighth Circuit.

Nov. 16, 1955.

William E. Howell, pro se.

PER CURIAM.

Appeal from District Court dismissed.

**UNITED STATES of America, Appellant,**

v.

**Nathan GELLMAN et al., d/b/a Gellman Brothers.**

No. 15443.

United States Court of Appeals Eighth Circuit.

Nov. 18, 1955.

George E. MacKinnon, U. S. Atty., Alex Dim, Asst. U. S. Atty., St. Paul, Minn., H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Atty., Department of Justice, for appellant.

Maurice Weinstein, Milwaukee, Wis., and Charles H. Halpern, Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, on stipulation of parties.

**UNITED STATES of America, Appellant,**

v.

**Mrs. A. D. MOORE, alias Amelia D. Moore.**

No. 15476.

United States Court of Appeals Eighth Circuit.

Dec. 12, 1955.

Osro Cobb, U. S. Atty., and G. Thomas Eisele, Asst. U. S. Atty., Little Rock, Ark., for appellant.

Leon B. Catlett, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of counsel for appellant.